sponsibility to ensure that the district court explained its reasoning for the record. *See In re: Sealed Case No. 98–3116*, 199 F.3d 488, 490–91 (D.C.Cir.1999); *United States v. Pinnick*, 47 F.3d 434, 439–40 (D.C.Cir.1995). Where, as here, the record is ambiguous, and appellant has neglected to ensure an explanation of the district court's reasoning, we assume the court knew and applied the law correctly. *See Pinnick*, 47 F.3d at 439–40. Accordingly, appellant's claim is not reviewable on appeal. *See United States v. Hazel*, 928 F.2d 420, 424–25 (D.C.Cir.1991).

The Clerk is directed to withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.

for the District of Columbia, and on the briefs filed by the parties. The Court has determined that the issues presented occasion no need for a published opinion. *See* D.C.Cir. Rule 36(b). It is

ORDERED AND ADJUDGED that the grant of summary judgment be affirmed essentially for the reasons stated in the district court's memorandum opinion filed January 6, 2000. It is

FURTHER ORDERED, by this Court, *sua sponte*, that the Clerk shall withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing. *See* D.C.Cir. R. 41(a)(1). This instruction to the Clerk is without prejudice to the right of any party at any time to move for expedited issuance of the mandate for good cause shown.

Gary B. WILHELM, Appellant

v.

Louis CALDERA, Secretary of the Army, Appellee

No. 00–5093.

United States Court of Appeals, District of Columbia Circuit.

March 15, 2001.

Before SENTELLE, RANDOLPH and ROGERS, Circuit Judges.

JUDGMENT

This appeal was considered on the record from the United States District Court

William T. GRAY, III, Appellant

v.

WALTER REED ARMY MEDICAL CENTER, et al., Appellees

No. 00–5312.

United States Court of Appeals, District of Columbia Circuit.

March 19, 2001.

Before HARRY T. EDWARDS, Chief Judge, STEPHEN F. WILLIAMS and RANDOLPH, Circuit Judges.

JUDGMENT

PER CURIAM.

This appeal was considered on the record from the United States District Court